UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROGER H. KAYE et al., | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:13-cv-347 (JCH) |
| v. | : | |
| AMICUS MEDIATION & ARBITRATION GROUP, INC. et al., | : | |
| Defendants. | : | DECEMBER 8, 2014 |

**ORDER ADMINISTRATIVELY CLOSING CASE**

The defendants in this matter, Amicus Mediation & Arbitration Group, Inc. ("Amicus") and Hillary Earle, filed a motion to stay this case pending the outcome of Defendants' Petition filed with the Federal Communications Commission ("FCC") requesting a retroactive waiver of 47 C.F.R. § 64.1200(a)(4)(iv) with respect to faxes that have been transmitted by or on behalf of Amicus to recipients who provided prior express permission.

During a December 5, 2014 telephone conference, the parties agreed to administratively close the case.  Therefore, the case is administrative closed until the court grants a Motion to Reopen, which may be filed following the earlier of (1) a ruling by the FCC on the defendants' request for a waiver and, if granted, a ruling on any appeal brought by the plaintiffs of such a decision; (2) the D.C. Circuit's reversal of the waivers permitted by the October 30, 3014 FCC Order and a denial of certiorari by the Supreme Court, if certiorari is sought; (3) the Supreme Court's affirmance of the D.C. Circuit's Order to reverse the waivers permitted by the FCC in the FCC's October 30,

1

2014 Order or the Supreme Court's reversal of the DC Circuit's Order upholding those waivers; or which may be justified by good cause shown.

The Clerk is directed to close this case administratively.  The Motion to Stay (Doc. No. 117) is **TERMINATED** as moot.

**SO ORDERED**.

Dated this 8th day of December 2014 at New Haven, Connecticut.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge